## Commonwealth, ex rel., *v.* Mallans, Appellant.

*Public officers—Assessors in boroughs—Constitutional amendment of 1909, P. L. 954.*

Under the schedule for the amendment of the Constitution adopted in 1909, the term of office of an assessor in a borough, chosen at the February election in 1910, ended on the first Monday of December, 1911, and was not extended until the first Monday of December, 1913.

Argued Feb. 18, 1913. Appeal, No. 289, Jan. T., 1913, by defendant, from judgment of C. P. Schuylkill Co., July T., 1912, No. 62, in favor of relator, on suggestion and answer in case of Commonwealth of Pennsylvania ex rel. Thomas Wood v. George Mallans. Before FELL, C. J., BROWN, MESTREZAT, STEWART and MOSCHZISKER, JJ. Reversed.

Quo warranto to try title to office. Before BECHTEL, P. J.

*Error assigned* was in entering judgment for the relator.

*Arthur L. Shay,* for appellant.

*C. E. Berger* and *M. M. Burke,* for appellee.

PER CURIAM, March 17, 1913:

The question involved in this appeal is whether under the schedule for the amendment of the Constitution adopted in 1909, the term of office of an assessor elected at the February election in 1910 ended on the first Monday of December, 1911, or was extended until the first Monday of December, 1913. Since the judgment appealed from was entered in the Common Pleas, the same question was considered by this court in Commonwealth v. Samuel, 238 Pa. 155, and it was decided that the term was not extended.

The judgment is reversed at the cost of the appellee.